# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTIAN OWENS,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON GELET,<br><br>    Defendant. | CIVIL ACTION NO. 1:22-CV-01623<br><br>(MEHALCHICK, M.J.) |

## ORDER

**AND NOW**, this 4th day of January 2023, in accordance with the Memorandum filed concurrently herewith, **IT IS HEREBY ORDERED** that, having determined Owens' complaint (Doc. 1) fails to state a claim upon which relief may be granted, Owens is granted leave to file an amended complaint within thirty (30) days from the date of this Order, on or before **Friday, February 3, 2023**.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**